UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Junias Desruisseaux,
ProSe

_____
Plaintiff,

[Insert full name of plaintiff/prisoner]

24-CV-4469

# DEARCY HALL, J.
# ESHKENAZI, M.J.

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND

YES ___✓___    NO _____

-against-

1 Joseph Aniano    948620
2 Anthony Crescrimanno   948824
3 Devin Baker    952439
4 Bekas Nicholas   950063
5 LT Ruiz
6 Capt Beauvoir
_____
Defendant(s).

[Insert full name(s) of defendant(s). If you need additional
space, please write "see attached" and insert a separate
page with the full names of the additional defendants. The
names listed above must be identical to those listed in Part I]

I.    **Parties:** (In item A below, place your name in the first blank and provide your present
      address and telephone number. Do the same for additional plaintiffs, if any.)

A.  **Name of plaintiff** _Junias Desruisseaux_

If you are incarcerated, provide the name of the facility and address:

_11-11  Hazen Street_
_East Elmhurst  11370_

Prisoner ID Number: _#4412400130_

RECD IN PRO SE OFFICE
JUN 20 24 NYEDO

If you are not incarcerated, provide your current address:

_11·11   Hazen Street_

_East Elmhurst NY 11370_

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

_Devin Baker_
Full Name

_Police Officer_    Tax I.D _952439_
Job Title

_92-08 222nd St._
_Queens, N.Y.      11428_
Address

Defendant No. 2

_Bekas Nicholas_
Full Name

_Police Officer       950063_
Job Title

_92-08 222nd St._
_Queens, N.Y.      11428_
Address

Defendant No. 3

_Anthony Crescrimanno_
Full Name

_Police Officer   948824_
Job Title

_92-08 222nd St_

2

**Page 3 Cont.**

Defendant No. 6

"John" Beauvoir

Full Name

CAPT

Job Title

92-08 222nd St
Queens, N.Y. 11428

Address

Defendant No. 7

"John" McIntosh

Full Name

AC

Job Title

92-08 222nd St.
Queens, NY 11428

Address

Defendant No. 8

Jane/John Doe(s) 1-6

Full Name

POM/POF

Job Title

92-08 222nd St
Queens, NY 11428

Address

**Page 1 Cont.**

-against-

7  AC McIntosh

8  Jane/John Doe(s) (of the
105th Precinct in Queens)
1-6

Defendant(s)

Queens, NY    11428
Address

Defendant No. 4

Joseph Aniano
Full Name

Police officer  948620
Job Title

92-08  222nd St.
Queens, N.Y.    11428
Address

Defendant No. 5

LT RUIZ
Full Name

LT
Job Title

92-08  222nd St.
Queens, NY    11428
Address

## II.    Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? Around / Nearby Merrick Blvd & 129 St. - Jamaica Queens - New York

When did the events happen? (include approximate time and date) January ninth (9), 2024 / 4:31 am

3

Facts: (what happened?) Plaintiff, ProSe alleges:

(1) As I was driving my vehicle on 129th St, my vehicle was intercepted and surrounded by at least 5 unmarked N.Y.P.D. vehicles. Officers with guns drawn pulled my friend "Brian Roberts" and I out of my vehicle - without warning - and proceeded to search our "persons" amidst our protest to not being searched. The officers, including at least one (1) female then searched my vehicle without my permission to do so. They left after returning our Papers/ID

(2) Plaintiff also alleges: all of the officers were agents of each other - and all did the will of each other.

(3) I allege, I was illegall searched and seized

**II.A.    Injuries.**    If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

Plaintiff also alleges: Because of the actions of the Defendants (and subsequent actions/indignities), Plaintiff has suffered and continues to suffer P.T.S.D, emotional trauma/distress. Induced anxiety and other emotional/psychological injuries.

4

_____

_____

_____

**III.    Relief:** State what relief you are seeking if you prevail on your complaint.

Because of the alleged action of the known/Unknown Defendant, Plaintiff (s) has suffered acute trauma and demands monetary compensation to the amount(s) of $3,000,00 or Three million U.S.D. - along with injunctions/protection against all of the known/unkown Defendants

I declare under penalty of perjury that on __5/28/24__, I delivered this
                                              (date)
complaint to prison authorities at ___R N D C___ to be mailed to the United
                                      (name of prison)
States District Court for the Eastern District of New York.


I declare under penalty of perjury that the foregoing is true and correct.

Dated: __5/28/24__       _____
                         Signature of Plaintiff

                         Robert N. Davern Center
                         Name of Prison Facility or Address if not incarcerated


                         11 - 11  Hazen Street
                         East Elmhurst N.Y  11370
                         Address

                         B+C  4412400130
                         Prisoner ID#

rev. 12/1/2015

5

Junias Desruisseaux #4412400130
11.11 Hazen St (RNDC)
E. Elmhurst, NY 11370

U S M S

Attn: Pro Se Office
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 20 2024 ★

BROOKLYN OFFICE